# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**LARRY SWICKARD,**

    Plaintiff(s),

                            **CASE NO.    3:10-cv-342**

**-vs-**

                            **District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant(s).

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the ALJ's Non-Disability Finding is supported by substantial evidence and is **AFFIRMED**; and the case is **TERMINATED** on the docket of this Court.

Date:  August 3, 2011                                    **JAMES BONINI, CLERK**

                                                                By: s/ M. Rogers
                                                                 Deputy Clerk